**FILED**
**JUL 2 0 2015**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

x x x x x x x x x x x x x x x x x x x x x x x x x x x x x

RICHARD A. CHICHAKLI · FDC Miami    R 92036-054
P.O. Box 019126, Miami, FL 33101
PLAINTIFF

V.

JOHN KERRY, United States Secretary of State in
his official capacity; JACOB LEW, United States
Secretary of Treasury in his official Capacity, and
ADAM SZUBIN, Head of the Office of Foreign Assets
Control, United States Treasury personally and in
his official capacity

DEFENDANTS

x x x x x x x x x x x x x x x x x x x x x x x x x x x x x

COMPLAINT FOR UNWARRANTED INVASION OF

PRIVACY IN VIOLATION OF THE PRIVACY ACT

AND REQUEST FOR VARIOUS RELIEFS

Case: 1:15-cv-01152
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 7/20/2015
Description: FOIA/Privacy Act (I)

COMES NOW PLAINTIFF Richard A. Chichakli a private United States Citizen and asserts that the named defendants, in their personal and official capacity violated his rights granted under the Privacy Act (The Act) Title 5, USCS 552(a), by the improper disclosure of his personal information which is clearly prohibited from disclosure under Section 552(b)(7)(c), as follows:

1.  The Defendants improperly disclosed to the public, within and without the jurisdiction of the United States Government, in world-wide published documents, Plaintiff's personal information which is specifically prohibited under the Act. The disclosed information included amongst other information Plaintiff's Social Security Numbers (SS number), Date of Birth, Place of Birth, place of residence, Country of Origin, and as of March 2013 added to the disclosed information Plaintiff's Driver License number.

2.  The disclosure of Social Security number among other personal information is prohibited under The Freedom of Information Act (FOIA) Section (b)(3), resulting in actual damages, now and in the future.

3.  The disclosure of such Personal Information by employees of the United States Department of Treasury in


RECEIVED Mail Room
JUN 15 2015
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

particular is further barred and prohibited under Title 26 U.S.C. Section 103(a).

4. Defendants have CONTINUOUSLY, PERSISTENTLY, and upon an ONGOING BASIS engaged in committing the violation for numerous years, and at the present time the violation is posted on the Web Site of the United States Dep't of Treasury, and published in the Treasury's "OFAC SDN List" since 2005 and maintained until this day. The said details are re-transmitted through this date by U.S. Department of States to the United Nations on a yearly-basis since December 2005.

5. Plaintiff's Social Security number was also improperly disclosed to the public by the Assistant United States Attorneys Christian Everdell and Ian McGinley of the United States Department of Justice. The violation was committed in December 2013 during a Court proceeding at the District Court of the Southern District of New York (see United States V. Richard Chichakli - Docket 09-CRI-1002(WHP).

6. Although the first violation occurred as early as April 26, 2005, this action is not barred by the statute of limitation set forth in 5 U.S.C.S. 552a(g)(5) upon the grounds that:

   (a) Plaintiff's personal information is updated and republished on a weekly and/or daily basis on Defendant's websites. The United States Department of Treasury The Office of Foreign Assets Control's (OFAC) "Specially designated national List" (SDN List) is modified on daily, weekly, and monthly basis since established and is updated frequently. Each update is a new publishing until today's date; thus, the United States Treasury and OFAC had committed unwarranted invasion of privacy by publishing Plaintiff's personal information within the the current calendar year. In 2013 the violation added Plaintiff's driver license number (SEE EXH.-1)

   (b) Plaintiff's personal information is transmitted at-least on a yearly basis by the United States Department of State to the United Nations in connection with updating the United Nations sanctions against individuals under sanctions. Each update require the listing country - the United States in the case of Plaintiff, to renew, modify, or remove the listing as deemed necessary. Thus, the United States Department of State and its current Secretary Defendant Kerry violated the Privacy Act by the unwarranted invasion of Plaintiff's privacy, by republishing and re-transmitting Defendant's Social Security number to the U.N. within the current year;

7. Thus; the disclosure that constitutes unwarranted invasion of Personal privacy, is continuous and current.

Plaintiff further asserts, that defendants have "intentionally and willfully" violated his constitutional rights in violation of 5 U.S.C.S 522(g)(5) demonstrated by the following defendants' actions:

a) Defendants, United States Treasury and the United States Department of State refused to remove plaintiff's social security number from being published in worldwide display through OFAC and the U.S. State Department's various methods of publishing including the Internet, printed documents by the United States Government and through the United Nations which re-publishes the information that was produced by the U.S. Government.

Plaintiff's repeated requests to the United States Treasury, and United States Department of States were disregarded by defendants. Neither Agency of the United States government responded, namely the State Department and the Treasury Department - OFAC, nor remove the unwarranted publishing of Plaintiff's Social Security numbers; an irrefutable violation of the Act.

The United Nations responded to Plaintiff's request for removing the prohibited information by stating that "only the listing country (the United States Government in the instant case) can modify or remove the listing or any particular information therein."

b) As a direct result of Defendants' violation of the Act and the publishing of Plaintiff's Social security numbers, date of birth, place of birth, home address, business address, profession, his U.S. Army military service records, and his country of origin among other things. Plaintiff was targeted by and fell a victim to identity theft. The government intentional malice was then clearly demonstrated by the FBI REFUSAL TO INTERVIEW AND TO INVESTIGATE several fraudulent transactions that actually took place.

The "choice" made by the United States Dep't of Justice - FBI clearly indicates the government's intentional desire to "hurt" Plaintiff. FBI's Special Agent William Hoffman admitted in testimony at the Federal Court in the Southern District of New York that Plaintiff has in fact reported the fraud and the identity theft that occurred and offered the evidence to the FBI. However, the FBI agent testified that the government "elected not to act."

c) The FBI's testimony clearly shows that the government intentionally and deliberately published Plaintiff's personal information to cause him harm by making him an easy target to identity theft.

d) IN-FACT the intentional willfulness of the government's to violate the law by the unwarranted disclosure of plaintiff's Social Security numbers was stated in plain language by one of the U.S. Treasury - OFAC officials in an interview with the BBC Television Network where he stated:

"I JUST WANT TO GO AFTER HIM AND FIND A WAY TO HURT HIM."
(see: Victor Bout the Six Billion dollar man, Youtube, by westwind10)

8. The Statute of Limitation was ruled by the United States Court of Appeals for D.C. Circuit to be "non-factor" in the Court's assessment of its jurisdiction under 5 U.S.C. Sec. 552a(g)(1). The Privacy Act's Statute of Limitation was initially deemed a "jurisdictional" barrier to suit, in Griffin V. U.S. Parole Comm'n, 338 U.S. App. D.C. 224, 192 F.3d 1081, 1082 (D.C. Cir 1999), but that decision was expressly overruled in Chung V. U.S. Dep't of Justice, 357 U.S. App. D.C. 152, 333 F.3d 273, 278 n. (D.C. Cir. 2003).

9. The publishing of a person's Social Security number was determined by the Court to be a Constitutional violation of 5 USCS 552(a), and First and Fifth Amendment (see DODGE V. Trs. of Nat'l Gallery of Art (2004, DC Dist Col) 326 F Supp 2d 1. The existence and continuation of violation by each defendant is unquestionable.

10. "Three inter-related doctrines -- standing, mootness, and ripeness, ensure that federal courts assert jurisdiction over 'Cases' and 'Controversies'" as theoretically set forth in Worth V. Jackson, 371 U.S. App. D.C. 339, 451 F.3d 854, 855 (D.C. Cir. 2006). A Party has standing if his claim s "spring from an 'injury in fact' -- an invasion of a legally protected interest that is 'concrete and particulized,' 'actual or imminent' and 'fairly traceable' to the challenged act of the defendant, and likely to be redressed by a favorable decision in the federal court." Navegar Inc., 103 F.3d at 998 (quoting Lujan V. Defenders of Wildlife, 504 U.S. 555, 560-61, 112 S. Ct. 2130, 119 L. Ed. 2d 351 (1992)).

11. The violation of 5 U.S.C. Sect. 552(a) by defendants by publishing Plaintiff personal information including his Social security number, date and place of birth, his home address, and profession, among other personal information constituted an invitation to criminals and identity thieves to use such protected details in criminal activities and fraud.

Plaintiff, whose credit score was in the 800 range was intentionally placed at an extreme high risk of becoming a victim to identity theft as a direct result of publishing his personal information by defendants on the internet and in paper documents, which has already occurred by the opening of at least Six (6) bank accounts, not opened by this plaintiff.

12. Plaintiff suffered a direct injury due to defendants' act when he fell a victim to fraud, as several fraudulent bank accounts were establish using the published data at U.S. Banks. For example, three different bank accounts were created by identity thieves using the information illegally published by the government, at one of the largest Bank in the State of Florida while plaintiff was living outside the United States.

Many accounts in the name of Richard Chichakli, the plaintiff, were created at SunTrust Bank in Orlando, Florida. The fraud in this known case included the creation of a Money Market Account number 1000068609881, personal checking account number 1000068609899, and another checking account number 1000068609915. Other accounts at the same bank were also created, for a total of (six), check books were ordered, and Visa debit cards and and ATM cards were applied for. This is a fraud that became known, and it is likely many other fraudulent financial and non-financial activities are still undetected. (SEE EXH. 2)

14. The United States Court of Appeals for the DC Circuit held:

> "[T]he injury alleged cannot be conjectural, or hypothetical, remote, speculative, or abstract."
> Nat'l Treasury Employees Union V. United States, 322 U.S. App D.C. 135, 101 F.3d 1423, 1427
> (D.C. Cir. 1996) Internal citations and quotation marks omitted).

The instance case offers actual violations, and actual real injuries, as well as imminent and highly probable future injuries which scope and extent are to be determined in the course of this litigation.

Plaintiff has been already victimized by fraud as numerous bank accounts has been already estibilshed by idendity theives using the information published by defendants in violation of the law.

15. Defendants' violations of the Privacy Act and other laws governing the publishing of personal information, and other statuary basis to be determined in the course of this litigation deprived plaintiff from his constitutional rights and endangered his and his family current financial and personal welfare, future damaged and documentation to be determined, devastating his and his immediate family future financial ability.

16. The United states Social Security number is relevant ONLY to the United States. It means absolutely nothing in the realm of identification to the world outside the United States; with the exception to the "international Identity Thieves" to whom it worth a fortune. The SS number is not part of the identifications references listed in the United States Passport; the mean for of identifying United States Citizens outside the United States.

Therefore;

The Act of the United States Department of State in publishing Plaintiff's Social Security number in the UN listing, combined with the act of the United States Treasury in publishing Plaintiff's Social Security number at the Department's website and in OFAC listing which also available on the internet. All of the above captioned defendants, combined with the act of United States Department of Justice - FBI on refusing to investigate the fraud which was reported by Plaintiff, leads to the conclusion that the publishing of Plaintiff's Social Security number, among other vital personal information, can only be explained as "deliberate, intentional, and malicious" in violation of the United States Constitution and the U.S. Laws.

17. In Prison Legal News V. Harley G. Lappin, 780 F. Supp. 2d, 29 (D.C Cir, 2011), the court has held:
"[C]learly, an individual's Social Security number has a specific relation to that individual, thus meeting the threshold requirement for Exemption 6 protection" See Concepcion, 606 F. Supp. 2d 36." {780 F. Supp. 2d 40}

The Supreme Court of the United States mandates that the disclosure of the Social Security numbers "would constitute a clear unwarranted invasion of privacy, "5 U.S.C.S. 552(B)(6)" See: U.S. Dept of Justice v. Reporters Comm. for Freedom of Press, 489 U.S. 749, 773, 109 S. Ct. 1468, 103 L. Ed. 2d 774 (1989).   The Supreme Court's decision clearly shown that defendants have indeed violated the law.

18.  Plaintiff has also demonstrated that the transmission and the publishing of his Social Security number by the U.S. Treasury - OFAC, and by the United States Department of State in many of the United Nations (U.N.) documents which are blared through the internet around the globe adds absolutely nothing for the purpose of identification of the Plaintiff.

19. The United States Treasury and the Office of Foreign Assets Control published, and are still publishing Plaintiff's Social Security numbers on their website.  OFAC with complete impunity and arrogance, ILLEGALLY divulged Plaintiff's Social Security number to hundreds of private and commercial ventures in the United States whereas such commercial entities, in turn are freely publishing the Social Security number in complete disregard to the law.   The internet outlet HTTP://WWW.INSTANTOFAC.COM is just an example.

20. The printed report obtained through the said website in paragraph-19, which is based on OFAC's database irrefutably proves the government violation of the Act.  The said report on Plaintiff state Plaintiff's name, date of birth, place of Birth, citizenship, other names used by Plaintiff, residential address, business address, all and each company and business owned and/or operated by Plaintiff, and above all Plaintiff's Social Security numbers.

21. The United States issued Social Security number is particular and unique to the United States and it is not used nor recognized by any government or any foreign law enforcement authority.  The SS number as previously stated is not published in the United States Passport which is the primary mean of identification of United States Citizen outside the United States.          Thus; the publishing of Plaintiff's Social Security by the degfendants, arguendo, to help identify Plaintiff's outside the United States, is false.

The publishing of Plaintiff's Social Security number by the United States Department of States, and the transmission of Plaintiff's U.S. Social Security number to the United Nation's for publishing in the U.N. Security Council Reports (see for example: United Nations Security Council Resolutions No; SC/8569 and SC/8570) is clearly an intentional act

aimed to illegally harm plaintiff.

22. The Act of the Defendants is "willful and intentional", is illegal, and is intended to inflect harm upon the Plaintiff, and forever placing him in fear of being victimized. The "United Nations' Security Council Resolutions lives forever", are no-longer under the jurisdiction of the United States government, and the millions of copies were made of which will remain in existence around the globe.
The same arguments apply to OFAC's SDN List and to the thousands of websites and web blogs that copied Plaintiff's vital information such as his Social Security numbers.

23. The illegal Act by defendant is massive, and on unprecedented scale. It aims to destroy the life of a citizen through an illegal, extra-judicial act by virtually denying him his Constitutional Right of "Life, Liberty, and pursue of Happiness". As a direct result of Defendants reprehensible Act, Plaintiff will never be able to buy a home, rent, obtain credit, work, buy insurance, or perform any of the basic and everyday's functions that require "credit check". Plaintiff will forever live in fear of "Identity Theft" and be victimized by fraud.

24. The intentional unwarranted invasion of Plaintiff's privacy, caused, and is still causing irreparable damages to plaintiff as it is demonstrated by the fraud to which Plaintiff was subjected in SunTrust Bank of Florida, and which could be just the tip of the Iceberg which is yet to be discovered.

25. The government's illegal publishing and disclosure of Plaintiff Social Security number on such a scale is unprecedented. IN-FACT, in OFAC's List which contains hundreds of thousands of names, Plaintiff's is the ONLY United States Citizen whose Social Security number is published...

ACCORDINGLY;

Plaintiff prays for a judgment in his favor granting him Ten million United States Dollars in damages in consideration of the scale and the current and future destruction defendants have intentionally caused, and for an order to compel the government to remove the illegally published personal information from all sources including real and electronic publications, and an order to compel the government to issue Plaintiff a new Social Security number

in order to remedy the imminent possibility of becoming victimized by fraud due to Defendant's deliberate act of exposing Plaintiff's Social security numbers and his other vital personal information.

Dated: JUN/9/2015
~~/     /2014~~
~~Brooklyn, NY~~
MIAMI, FL

Respectfully Submitted

_____
Richard A. Chichakli (Pro-Se)
Plaintiff

Dear Richard, in addition to the OFAC website

(Type: Individual List: SDN
Last Name: CHICHAKLI  Program: LIBERIA
First Name: Richard Ammar  Nationality:
Title:   Citizenship: United States
Date of Birth: 29 Mar 1959  Remarks:
Place of Birth: Syria
Type ID#
SSN 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
SSN 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)

*EXH - 2/P1*

*LISTING ON OFAC WEBSITE*

*→ Social Security Number*

this other website has this info with your SSN:
http://mrwatchlist.com/2013/03/28/hmt-amends-one-liberian-sanctions-listing/

1) This time, it s Commission Implementing Regulation (EU) No 291/2013, which amends Council Regulation (EC) No 872/2004 (aka "the 2004 Regulation).

Here s the amended record:

CHICHAKLI, Richard, Ammar DOB: (1) 29/03/1959.
 (2) 10/07/1967
 POB: (1) Syrian Arab Republic Syria
 (2) Deirazzor, Syria
 a.k.a: (1) CHICHAKLI, Ammar, M
 (2) ALMUSTAFA, Jehad (3) ALMUSARA, Jehad (4) ALMUSTASA, Jhad
 Nationality: United States of America
 Passport details: Syrian passport # 002680351 (issued 25/04/2007, expires 24/04/2013)
 Address: (1) 225 Syracuse Place, Richardson, Texas, United States of America, 75081.
 (2) 811 South Central Expressway, Suite 210, Richardson, Texas, United States of America, 75080.
 (3) 51 Churchill Avenue, Reservoir, VIC 3073, Australia
 Other Information: Social Security No 405 41 5342 or 467 79 1065. Drivers license number 099711346 (issued by the State of Victoria, Australia). A certified public accountant and certified fraud examiner. An officer of San Air General Trading. Arrested on 10 January 2013 in Australian State of Victoria, pursuant to an INTERPOL Red Notice.
 Group ID: 8746.

*MRWATCHLIST WEBSITE*

*Social Security #*
*DRIVER LIC #*
*Listed*

Links.

4) this website requires account to check
https://ofac-analyzer.com/Default.aspx

*SS # LISTED*

It is likely they are reproducing the same info

5) this site reproduce OFAC 26 April 2005 with your SSN: http://www.bankersonline.com/ofac/ofacsummary042605.html

*Social SS# Listed*

6) this site http://www.instantofac.com/search.php
has SSN and an elaboration of OFAC data

There could be some other. Will check tomorrow.

and one person s (Richard Ammar Chichakli) information was amended under the Liberia sanctions to include the following information:

Additional Aliases

EXH 1/P2

Jehad ALMUSTAFA
Jehad ALMUSARA
Jhad ALMUSTASA

Additional Place of Birth/Date of Birth

10 July 1967
Deirazzor, Syria

Social Sec. Numbers

Additional Passport/Identifying Information

SSN: 405 41 5342 or 467 79 1065
Address: 225 Syracuse Place, Richardson, Texas 75081, USA
811 South Central Expressway Suite 210, Richardson, Texas 75080, USA

51 Churchill Ave.
Reservoir VIC 3073
Australia

Syrian passport # 002680351 (issued 25 April 2007, expires 24 April 2013)

Drivers license number 099711346 (issued by the State of Victoria, Australia)

Arrested on 10 January 2013 in Australian State of Victoria, pursuant to an INTERPOL Red Notice

There is a lengthy Designation/Justification section for each of the additions to the DRC listings. I ve edited it out to make this a little easier to digest   feel free to go read the detail from the source.

Additionally, the Liberia listing is done in a tabular format that was not conducive to cutting and pasting while retaining the format, so I converted it to the format you see here.

Sorry for any inconvenience.

Links:

UN Committee Press Release on DRC sanctions changes
UN Committee Press Release on Liberia sanctions changes


3) Owner is (no address but an e-mail box message for contact):

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
63/B41/0175/0 /10
1000065793126
03/27/2009



# Account Statement

CHICHAKLI RICHARD AMMAR
225 SYRACUSE PL
RICHARDSON TX 75081-3916

Questions? Please call
1-800-786-8787

EFFECTIVE 5-1-09, THE PER ITEM FEE FOR STOP PAYMENTS, UNAVAILABLE FUNDS,
INSUFFICIENT FUNDS (NSF) & THE EXTENDED OVERDRAFT FEE WILL INCREASE TO $36.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| MONEY MKT PERFORMANCE ACCOUNT ***CLOSED*** | 1000065793126 | 03/03/2009 - 03/27/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $.00 | Average Balance | $.00 |
| Deposits/Credits | $.00 | Average Collected Balance | $.00 |
| Checks | $.00 | Number of Days in Statement Period | 25 |
| Withdrawals/Debits | $.00 | Annual Percentage Yield Earned | .00% |
| Ending Balance | $.00 | Interest Paid Year to Date | $.00 |

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 03/03 | .00 | .00 | 03/27 | .00 | .00 |

```
SUNTRUST BANK                                            Page 1 of 2
P O BOX 622227                                           57/Q61/0175/0 /10
ORLANDO FL 32862-2227                                    1000068609873
                                                         03/31/2009
```



## Account Statement

CHICHAKLI RICHARD AMMAR
225 SYRACUSE PL
RICHARDSON TX 75081-3916

Questions? Please call
1-800-786-8787

EFFECTIVE 5-1-09, THE PER ITEM FEE FOR STOP PAYMENTS, UNAVAILABLE FUNDS,
INSUFFICIENT FUNDS (NSF) & THE EXTENDED OVERDRAFT FEE WILL INCREASE TO $36.

### Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PERSONAL SAVINGS ***CLOSED*** | 1000068609873 | 03/03/2009 - 03/31/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $.00 | Average Balance | $.00 |
| Deposits/Credits | $.00 | Average Collected Balance | $.00 |
| Checks | $.00 | Number of Days in Statement Period | 29 |
| Withdrawals/Debits | $.00 | Annual Percentage Yield Earned | .00% |
| Ending Balance | $.00 | Interest Paid Year to Date | $.00 |

### Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 03/03 | .00 | .00 | 03/31 | .00 | .00 |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
57/Q61/0175/0 /10
1000068609907
03/31/2009


SUNTRUST

# Account Statement

CHICHAKLI RICHARD AMMAR
225 SYRACUSE PL
RICHARDSON TX 75081-3916

Questions? Please call
1-800-786-8787

EFFECTIVE 5-1-09, THE PER ITEM FEE FOR STOP PAYMENTS, UNAVAILABLE FUNDS,
INSUFFICIENT FUNDS (NSF) & THE EXTENDED OVERDRAFT FEE WILL INCREASE TO $36.

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| PERSONAL SAVINGS ***CLOSED*** | 1000068609907 | 03/03/2009 - 03/31/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $.00 | Average Balance | $.00 |
| Deposits/Credits | $.00 | Average Collected Balance | $.00 |
| Checks | $.00 | Number of Days in Statement Period | 29 |
| Withdrawals/Debits | $.00 | Annual Percentage Yield Earned | .00% |
| Ending Balance | $.00 | Interest Paid Year to Date | $.00 |

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 03/03 | .00 | .00 | 03/31 | .00 | .00 |

78873                      Member FDIC                      Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
63/B13/0175/0 /10
1000068609899
03/23/2009



# Account Statement

CHICHAKLI RICHARD AMMAR
225 SYRACUSE PL
RICHARDSON TX 75081-3916

Questions? Please call
1-800-786-8787

AS OF 4-27-09 IF YOU HAVE NOT HAD AN INSUFFICIENT FUNDS(NSF) ITEM ON THIS ACCT.
IN THE PAST 12 MONTHS, THE FIRST NSF ITEM INCURRED WILL BE $25. SUBSEQUENT
NSF ITEMS WILL BE $36. EFFECTIVE 5-1-09, THE PER ITEM FEE FOR STOP PAYMENTS,
UNAVAILABLE FUNDS, INSUFFICIENT FUNDS & THE EXTENDED OVERDRAFT FEE WILL BE $36.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE CHECKING ***CLOSED*** | 1000068609899 | 03/03/2009 - 03/23/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $.00 | Average Balance | $.00 |
| Deposits/Credits | $.00 | Average Collected Balance | $.00 |
| Checks | $.00 | Number of Days in Statement Period | 21 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $.00 | | |

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 03/03 | .00 | .00 | 03/23 | .00 | .00 |

SUNTRUST BANK  
P O BOX 622227  
ORLANDO FL 32862-2227

Page 1 of 2  
63/B13/0175/0 /10  
1000068609915  
03/23/2009



## Account Statement

CHICHAKLI RICHARD AMMAR  
225 SYRACUSE PL  
RICHARDSON TX 75081-3916

Questions? Please call  
1-800-786-8787

AS OF 4-27-09 IF YOU HAVE NOT HAD AN INSUFFICIENT FUNDS(NSF) ITEM ON THIS ACCT.
IN THE PAST 12 MONTHS, THE FIRST NSF ITEM INCURRED WILL BE $25. SUBSEQUENT
NSF ITEMS WILL BE $36. EFFECTIVE 5-1-09, THE PER ITEM FEE FOR STOP PAYMENTS,
UNAVAILABLE FUNDS, INSUFFICIENT FUNDS & THE EXTENDED OVERDRAFT FEE WILL BE $36.

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE CHECKING ***CLOSED*** | 1000068609915 | 03/03/2009 - 03/23/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $.00 | Average Balance | $.00 |
| Deposits/Credits | $.00 | Average Collected Balance | $.00 |
| Checks | $.00 | Number of Days in Statement Period | 21 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $.00 | | |

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 03/03 | .00 | .00 | 03/23 | .00 | .00 |

11674                          Member FDIC                          Continued on next page

```
SUNTRUST BANK                                  Page 1 of 2
P O BOX 622227                                 63/B41/0175/0 /10
ORLANDO FL 32862-2227                          1000068609881
                                               03/27/2009
```



## Account Statement

CHICHAKLI RICHARD AMMAR
225 SYRACUSE PL
RICHARDSON TX 75081-3916

Questions? Please call
1-800-786-8787

EFFECTIVE 5-1-09, THE PER ITEM FEE FOR STOP PAYMENTS, UNAVAILABLE FUNDS,
INSUFFICIENT FUNDS (NSF) & THE EXTENDED OVERDRAFT FEE WILL INCREASE TO $36.

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| MONEY MKT PERFORMANCE ACCOUNT ***CLOSED*** | 1000068609881 | 03/03/2009 - 03/27/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $.00 | Average Balance | $.00 |
| Deposits/Credits | $.00 | Average Collected Balance | $.00 |
| Checks | $.00 | Number of Days in Statement Period | 25 |
| Withdrawals/Debits | $.00 | Annual Percentage Yield Earned | .00% |
| Ending Balance | $.00 | Interest Paid Year to Date | $.00 |

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 03/03 | .00 | .00 | 03/27 | .00 | .00 |

2289                     Member FDIC                     Continued on next page